

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ray Lee Cockrell, Appellant

No. 06-23-00229-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 23F1017-102). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef. Dissenting Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED AUGUST 8, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk